# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-2234

_____

Nit Wang

*Plaintiff - Appellant*

v.

Nebraska Public Power District

*Defendant - Appellee*

_____

Appeal from United States District Court
for the District of Nebraska - Lincoln

_____

Submitted: March 18, 2016
Filed: April 26, 2016
[Unpublished]

_____

Before GRUENDER, ARNOLD, SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Nit Wang appeals the adverse judgment entered by the district court[1] after a jury trial. He argues that the district court erred by misrepresenting evidence when

_____

[1]The Honorable Joseph F. Bataillon, United States District Judge for the District of Nebraska.

responding to jury questions. We cannot address the merits of this argument, as Wang has not provided a transcript of the trial proceedings. *See Meroney v. Delta Int'l Mach. Corp.*, 18 F.3d 1436, 1437 (8th Cir. 1994) (although failure to provide complete transcript did not deprive court of jurisdiction, it did constitute grounds for dismissing appeal where lack of trial transcript prevented any meaningful review of issues raised by appellant); see also Fed. R. App. P. 10(b)(2) (describing appellant's responsibility to provide transcript).

Accordingly, we dismiss this appeal.

_____